# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————————

Case No. 6D23-1433
Lower Tribunal No. 2017-CA-002263-O

———————————————————

TAMELA MAYFIELD,

Appellant,

v.

ZAXBY'S FRANCHISING, LLC, and FIX'N CHICK'N, LLC,

Appellees.

———————————————————

Appeal from the Circuit Court for Orange County.
Kevin B. Weiss, Judge.

December 19, 2023

PER CURIAM.

AFFIRMED.

WOZNIAK, WHITE and GANNAM, JJ., concur.

Blair Fazzio, Joseph Abdallah, and Monica Besbris, of Kanner & Pintaluga, P.A., Boca Raton, for Appellant.

Carla M. Sabbagh, Amanda R. Dunn, Michael S. Rywant, and Gregory D. Jones, of Rywant, Alvarez, Jones, Russo & Guyton, P.A., Tampa, for Appellee, Zaxby's Franchising, LLC.

Therese A. Savona, of Cole, Scott, Kissane, P.A., Orlando, for Appellee, Fix'n Chick'n, LLC.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED